DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JENNIFER A. WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0566

_____

February 13, 2026

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.